Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. CV 10-4217 RMW |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JESUS CORONA and FRANCISCO JAVIER CORONA, individually and d/b/a SPORTS PALACE BAR & GRILL, and CORONA GENERAL BUILDERS INC., an unknown business entity d/b/a SPORTS PALACE BAR & GRILL |
| vs. | |
| Jesus Corona, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JESUS CORONA and FRANCISCO JAVIER CORONA, individually and d/b/a SPORTS PALACE BAR & GRILL, and CORONA GENERAL BUILDERS INC., an unknown business entity d/b/a SPORTS PALACE BAR & GRILL that the above-entitled action is hereby dismissed **with prejudice** against and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JESUS CORONA AND FRANCISCO JAVIER CORONA, individually and d/b/a SPORTS PALACE BAR & GRILL, and CORONA GENERAL BUILDERS INC., an unknown business entity d/b/a SPORTS PALACE BAR & GRILL.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above and below shall bear its own attorneys' fees and costs.

Dated: April 1, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

TINGLEY PIONTKOWSKI
By: Bruce Piontkowski
Attorneys for Defendants JESUS CORONA and FRANCISCO JAVIER CORONA, individually and d/b/a SPORTS PALACE BAR & GRILL, and CORONA GENERAL BUILDERS INC., an unknown business entity d/b/a
SPORTS PALACE BAR & GRILL

IT IS SO ORDERED:

*Ronald M. Whyte*                    Dated: ~~ECHFG~~

The Honorable Ronald M. Whyte
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
CV 10-4217 RMW
PAGE 2

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 8, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JESUS CORONA and FRANCISCO JAVIER CORONA, individually and d/b/a SPORTS PALACE BAR & GRILL, and CORONA GENERAL BUILDERS INC., an unknown business entity d/b/a SPORTS PALACE BAR & GRILL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Bruce C. Piontkowski, Esquire (Attorneys for Defendants)
TINGLEY PIONTKOWSKI, LLP
10 Almaden Blvd., Suite 430
San Jose, CA 95113

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 8, 2012, South Pasadena, California.

Dated: March 8, 2012

MARIA BAIRD